# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 26, 2015

## NO. 03-14-00623-CR

Patricia Jones, Appellant

v.

The State of Texas, Appellee

**APPEAL FROM 147TH DISTRICT COURT OF TRAVIS COUNTY**
**APPEAL FROM 403RD DISTRICT COURT OF TRAVIS COUNTY**
**APPEAL FROM 427TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgments of conviction entered by the trial courts. Having reviewed the records, it appears that the Court lacks jurisdiction over these appeals. Therefore, the Court dismisses the appeals for want of jurisdiction. Because appellant appears to be indigent and unable to pay costs, no adjudication of costs is made.